**Attachment to Civil Cover Sheet**

<u>PLAINTIFF</u>:

Takesheia Dorsey
4104 Balmoral Circle
Pikesville, Maryland 21208
(443) 415-5136

<u>ATTORNEY FOR PLAINTIFF</u>:
Plaintiff is proceeding *pro se.*


<u>DEFENDANT</u>:
Unique Management Services, Inc.
119 East Maple Street
Jeffersonville, Indiana 47130

<u>ATTORNEYS FOR DEFENDANT</u>:
James M. Connolly (Bar No. 23872)
jmc@kramerslaw.com

Irwin R. Kramer (Bar No. 04622)
irk@kramerslaw.com
*KRAMER & CONNOLLY*
Suite 211
500 Redland Court
Owings Mills, Maryland 21117
Tel.:  (410) 581-0070
Fax:  (410) 581-1524