LOCATED AT (COURT ADDRESS)

☐ CONTRACT ☒ $5,000 or under ☐ $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of: ☐ contract ☐ tort ☐ replevin ☐ detinue.

The particulars of this case are:

In 2004 to 2007 Unique National Collection place a collection of #111.00 on all 3 credit reports that I have try disputing with all 3 credit bureaus and all 3 years they kept sending results back stating that it was verify and correct. Just resently they send me a letter say sorry. But due to all 3yrs reporting it caused damage to me & my credit.

(See Continuation Sheet)
☐ Legal
☐ Contractual ____%

**CASE NO.** CV 4-0147-07

**PARTIES**

**Plaintiff:** Takesheia Dorsey
4104 Balmoral Circle
Pikesville, Md 21208

vs.

**Defendant(s):**
1. Unique National Collections
   119 E. Maple Street
   Jeffersonville, IN 47130

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. 
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

The Plaintiff claims:
☐ $ 2947   plus interest of $ 89.91   and attorney's fees of $ ____ plus court costs.
☐ Return of the property and damages of $ ____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ ____ for its detention in action of detinue.
☒ Other: Please review remarks on credit reports
and demand judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Telephone Number: 443-415-5136

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

---

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☒ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest work sheet
☐ Vouchers ☐ Check ☒ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to
(Owner/Partner/Agent/Officer)

the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☐ That _____

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

11/20/07
Date                    Signature of Affiant

DC/CV 1 (front) (Rev.11/2005)

## COMPLAINT (CONTINUATION)

Interest & Claim Worksheet

Takesheia Dorsey
  Plaintiff
  vs
Unique National Collections
  Defendant

Dates: 2004-2007

| | |
|---|---|
| Amount $111.00 | $111.00 |
| Amount of years 3yrs | x  3 |
| Report to 3 Credit Bureaus | $333.00 |
| Disputing & Damaging my credit | x  3 |
| Interest 3% of $89.91 | $999.00 |
| | 3 |
| | $2997.00 |
| | @ 3% interest |
| | Total Due: $3086.91 |