IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 FEB 26 A 11: 38
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| TAKESHEIA DORSEY | * | |
| Plaintiff | * | |
| v. | * | Case No. 08-cv-00047-CCB |
| UNIQUE MANAGEMENT SERVICES, INC. | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * *

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Takesheia Dorsey, proceeding *pro se*, and Defendant Unique Management Services, Inc., t/a Unique National Collections, by its undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

_____
Takesheia Dorsey
4104 Balmoral Circle
Pikesville, Maryland 21208-2116
(443) 415-5136
*Pro-se Plaintiff*

_____
James M. Connolly
KRAMER & CONNOLLY
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
(410) 581-0070
*Counsel for Defendant Unique Management Services, Inc., t/a Unique National Collections*

SO ORDERED:

2/26/08
Date

/s/  CCB
_____
Catherine C. Blake
United States District Judge

E:\OFFICE\CASES\207-033\sod.wpd

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

FEB 26 2008

UNITED STATES DISTRICT JUDGE